1  JOHN S. LEONARDO
   United States Attorney
2  District of Arizona
   MICAH SCHMIT
3  Assistant U.S. Attorney
   State Bar No. 014887
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: gerard.schmit@usdoj.gov
   Attorneys for Plaintiff
7

☑ FILED ____ LODGED
____ RECEIVED ____ COPY

2016 DEC 14 P 3: 44

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

10  United States of America,

11                            Plaintiff,

12       vs.

13  Arthur Garcia,

14                            Defendant.

15

**CR 16-23 18 TUC JAS(JR)**

I N D I C T M E N T

VICTIM CASE

Violations:

18 U.S.C. § 111(a)(1) & (b)
(Assault on a Federal Officer)
Count 1, 2

16  **THE GRAND JURY CHARGES:**

17                            **COUNT 1**

18       On or about November 4, 2016, near Three Points, AZ, at what is known as the PVC

19  Dropdown Gate, in the District of Arizona, Arthur Garcia, did intentionally and forcibly

20  assault, U.S. Border Patrol Agent, S.K, an officer of the United States, while said officer

21  was engaged in the performance of his official duties, to wit: while wielding a rifle the

22  defendant made threatening statements at agent S.K., all in violation of Title 18, U.S.C.,

23  §§ 111(a)(1) & (b).

24                            **COUNT 2**

25       On or about November 4, 2016, near Three Points, AZ, at what is known as the PVC

26  Dropdown Gate, in the District of Arizona, Arthur Garcia, did intentionally and forcibly

27  assault, U.S. Border Patrol Agent, B.W, an officer of the United States, while said officer

28  was engaged in the performance of his official duties, to wit: while wielding a rifle the

1  defendant made threatening statements at agent B.W., all in violation of Title 18, U.S.C.,

2  §§ 111(a)(1) & (b).

3
4                                          A TRUE BILL

5                                          **/ S /**
                                           ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
6                                          Presiding Juror

7  JOHN S. LEONARDO
   United States Attorney
8  District of Arizona

9                **/ S /**

10  Assistant U.S. Attorney                REDACTED FOR
                                           PUBLIC DISCLOSURE
11    Dated:   December 14, 2016

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Arthur Garcia*
*Indictment Page 2 of 2*