JON M. SANDS
Federal Public Defender
ELENA M. KAY
State Bar No. 026391
407 W. Congress, Suite 501
Tucson, AZ 85701-1310
Telephone: (520) 879-7500
Elena_m_kay@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America | ) | CR16-2318-TUC-JAS-(JR) |
| | ) | |
| Plaintiff, | ) | FIRST MOTION TO CONTINUE |
| | ) | PLEA DEADLINE AND |
| vs. | ) | TRIAL DATES |
| | ) | |
| Arthur Garcia, | ) | |
| | ) | (Unopposed; No Oral Argument) |
| Defendant. | ) | DEFENDANT OUT OF CUSTODY |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7), will occur as a result of this motion or an order based thereon.

Defendant, through counsel requests a 60-day continuance of the deadline for filing pretrial motions, the plea deadline currently set for January 20, 2017, and the trial date currently scheduled for February 7, 2017.  This request is made for the following reason(s).

Additional time is necessary to investigate the facts and circumstances underlying the alleged misconduct in order to prepare for trial with an exercise of due diligence, pursuant to 18 USC §3161(h)(7)(A) and (B)(iv), and to allow continuing negotiations with the goal of reaching a mutually-agreeable non-trial disposition.

The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request to continue will result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A), (B)(i).

1    Assistant U.S. Attorney, Micah Schmit, has no objection to this request.

2    RESPECTFULLY SUBMITTED:         January 10, 2017.

3                                    JON M. SANDS
                                     Federal Public Defender
4

5                                    */s/ Elena M. Kay*
                                     ELENA M. KAY
6                                    Assistant Federal Public Defender

7
                              ***Certificate of Service***
8         (*CM/ECF Administrative Policies and Procedures Manual, §II.D.3*)
9    *The above signed does hereby certify that, on the above date, she electronically*
     *transmitted this document to the Clerk's Office using the CM/ECF System for filing and*
10   *transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:*

11   Micah Schmit
12   Assistant U.S. Attorney

13   Michael Himelic
14   U.S. Pretrial Services Officer

15

16

17

18

19

20

21

22

23

24

25

26

27

28