ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
Micah Schmit
Assistant U.S. Attorney
Arizona State Bar No. 014887
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: gerard.schmit@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 16-2318-TUC-JAS(JR) |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO DISMISS |
| Arthur GARCIA , | (*With* Prejudice; No Objection) |
| Defendant. | |

The Acting United States Attorney for the District of Arizona, by and through her undersigned assistant, hereby moves this Court to dismiss the December 14, 2016, Indictment against the defendant, Arthur GARCIA, with prejudice, due to the fact that the defendant has now successfully completed pretrial diversion supervision.

Respectfully submitted this 3rd day of November, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Micah Schmit*

MICAH SCHMIT
Assistant U.S. Attorney

A copy of the foregoing served electronically or
by other means, this 3rd day of November, 2017, to:

Elena Kay, FPD, Attorney for Defendant

Michael Himelic, U.S. Pretrial Services Officer