# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Arthur Garcia,<br><br>      Defendant. | No. CR-16-02318-001-TUC-JAS (JR)<br><br>**ORDER** |

On motion of the United States of America, and good cause appearing;

IT IS ORDERED that the indictment against the defendant, Arthur Garcia is dismissed WITH PREJUDICE.

Dated this 6th day of November, 2017.

Honorable James A. Soto
United States District Judge